UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

WILLIAM MILLS, )
)
       Plaintiff, ) **JUDGMENT IN A CIVIL CASE**
) **CASE NO. 5:23-CV-281–D-RJ**
v. )
)
)
KILOLO KIJAKAZI, )
Acting Commissioner of Social Security, )
)
       Defendant. )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further administrative proceedings.

**This Judgment Filed and Entered on October 13, 2023, and Copies To:**
George C. Piemonte     (via CM/ECF electronic notification)
Samantha Zeiler     (via CM/ECF electronic notification)
Wanda D. Mason     (via CM/ECF electronic notification)

DATE:     PETER A. MOORE, JR., CLERK
October 13, 2023     (By) /s/ Stephanie Mann
    Deputy Clerk